UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07-CR-93 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| SEKOU FOFANA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying memorandum, Defendant's objection to the Report and Recommendation is **OVERRULED** (Court File No. 45), and the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 44). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 39).

In addition, Defendant's motion for extension of time to file a motion is **GRANTED** (Court File No. 37).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**